004576

Order entered October 24, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01119-CV

LEN CRITCHER, ET AL., Appellants

V.

BOARDWALK MOTOR CARS, LTD., ET AL., Appellees

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-982-07

## ORDER

The Court has before it appellees' October 22, 2012 unopposed second motion for extension of time to file appellees' brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by November 26, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE